**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| FULD, et al.<br><br>      Plaintiffs,<br><br>      v.<br><br>ISLAMIC REPUBLIC OF IRAN, et al.<br><br>      Defendants. | Civil Action No. 20-02444-RCL |
| ESTATE OF ARI YOEL FULD, et al.<br><br>      Plaintiffs,<br><br>      v.<br><br>ISLAMIC REPUBLIC OF IRAN, et al.<br><br>      Defendants. | Civil Action No. 20-03492-RCL |

## ORDER

This matter having come before the Court on Plaintiffs' Motion to Consolidate, and the Court having been sufficiently advised,

IT IS HEREBY ORDERED AND ADJUDGED that the Plaintiffs' Motion is GRANTED, and pursuant to Fed. R. Civ. P. 42(a) *Fuld et al. v. The Islamic Republic of Iran, et al.*, 1:20-cv-02444-RCL, (D.D.C) (*Fuld I*) and *Estate of Ari Yoel Fuld et al. v. The Islamic Republic of Iran, et al.*, 1:20-cv-03492-RCL, (D.D.C) (*Fuld II*) shall be consolidated. *Fuld I* shall be the senior lead action in the consolidated action.

IT IS SO ORDERED on this the __20th__ day of __January__, 2023.

_____
Hon. Royce C. Lamberth,
United States District Senior Judge